UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARTHREX, INC.,

      Plaintiff,

v.

PARCUS MEDICAL, LLC, and
ANIKA THERAPEUTICS, INC.

      Defendants.
_____/

Case No.: 2:22-CV-0019-JLB-NPM

### DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SETS OF INTERROGATORIES

Defendants, Parcus Medical, LLC ("Parcus") and Anika Therapeutics, Inc. ("Anika" and together with Parcus, the "Defendants"), by and through their undersigned counsel, hereby file this Opposed Motion for an Extension of Time to Respond to Plaintiff's First Sets of Interrogatories, stating as follows:

1. On September 2, 2022, Plaintiff served its First Set of Interrogatories to Anika ("ROGs to Anika") and its First Set of Interrogatories to Parcus ("ROGs to Parcus" and together with ROGs to Anika, "Plaintiff's First Sets of Interrogatories").

2. That same day, Plaintiff also served its First Request for Production of Documents and Things to Parcus ("RFPs to Parcus") and its First Request for Production of Documents and Things to Parcus ("RFPs to Anika" and together with RFPs to Parcus, ("Plaintiff's First Requests for Production") (Plaintiff's First Requests for Production together with Plaintiff's First Sets of Interrogatories, "Plaintiff's First Set of Discovery

Requests").

3. Plaintiff's First Set of Discovery Requests is extensive, consisting of a total of 69 requests: 7 ROGs to each Parcus and Anika and 62 RFPs to each.

4. Since Defendants' receipt of Plaintiff's First Set of Discovery Requests it has been working diligently to gather and review documents in order to accurately respond to both Plaintiff's First Requests for Production and Plaintiff's First Sets of Interrogatories.

5. Notwithstanding, the task of first locating, and then collecting and reviewing potentially responsive documents has taken more time than anticipated. This has been a function of two intervening hurricanes and obtaining data from the legacy information system of Parcus.

6. Defendants previously obtained two unopposed extensions of time to respond to the First Set of Discovery Requests; the current agreed-upon deadline is November 16, 2022.

7. While Defendants are prepared to provide written responses to Plaintiff's First Requests for Production and to begin a rolling production of responsive documents, Defendants need additional time to respond to the First Sets of Interrogatories; specifically, Defendants need additional time to locate and review the information needed to accurately answer the First Sets of Interrogatories and to have those answers appropriately verified.

8. Accordingly, Defendants respectfully request an additional extension of time, up to and until December 1, 2022, to respond to Plaintiff's First Sets of Interrogatories.

9. Pursuant to Rule 6 of Federal Rules of Civil Procedure, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion . . . if a request is made, before the original time

or its extension expires[.]" Fed. R. Civ. P. 6(b)(1).

10. Defendant's request is timely because it is filed before the expiration of the current deadlines.

11. As set forth above, good cause exists to grant the requested extension.

12. Therefore, for good cause shown, Defendant respectfully requests the Court enter an order extending the aforementioned deadlines.

### Local Rule 3.01(g) Certification

Defendants' counsel conferred with Plaintiff's counsel via email on November 16, 2022 at 8:14 a.m. As of the filing of this motion, the undersigned has not connected with Plaintiff's counsel to determine if Plaintiff's counsel consents to or opposes the relief requested herein. The undersigned will diligently try to contact the opposing party over the next three days. Upon connecting with Plaintiff's counsel, the undersigned will supplement this motion certifying whether or not the parties have resolved all or part of the motion.

WHEREFORE Defendants respectfully request the Court enter an order extending each of their time to respond to their respective First Set of Interrogatories, up to and until December 1, 2022, and such other further relief as may be just and warranted.

Dated:  November 16, 2022

Respectfully submitted,

*/s/ Eric Scott Adams*
**JOSEPH W. BAIN**
Florida Bar No. 860360
Email Address:  jbain@shutts.com
**ALEXANDER W. SCHNEIDER**
Florida Bar No. 121671
Email Address:  aschneider@shutts.com
**SHUTTS & BOWEN LLP**
1100 City Place Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

-and-

**ERIC S. ADAMS**
Florida Bar No. 0090476
EAdams@shutts.com
**S. ELIZABETH KING**
Florida Bar No. 122031
eking@shutts.com
**SHUTTS & BOWEN LLP**
4301 West Boy Scout, Boulevard, Suite 300
Tampa, Florida 33607
Telephone:  (813) 229-8900
Facsimile:   (813) 229-8901

***ATTORNEYS FOR DEFENDANT
PARCUS MEDICAL, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy on the following:

| | |
|---|---|
| **Jeanne L. Seewald**<br>Florida Bar No. 175005<br>Email: jseewald@hahnlaw.com<br>**Joel W. Hyatt**<br>Florida Bar No. 106401<br>Email: jhyatt@hahnlaw.com<br>**HAHN LOESER & PARKS, LLP**<br>5811 Pelican Bay Blvd., Ste. 650<br>Naples, FL 34108<br>Telephone: (239) 254-2900<br><br><br>**Counsel for *Plaintiff, Arthrex, Inc.*** | **Anthony P. Cho** *(pro hac vice)*<br>(Lead Counsel)<br>Michigan Bar No. P46910<br>Email: acho@cgolaw.com<br>**David L. Atallah** *(pro hac vice)*<br>Michigan Bar No. P73403<br>Email: datallah@cgolaw.com<br>**Jessica Fleetham** *(pro hac vice)*<br>Michigan Bar No. P81038<br>Email: jfleetham@cgolaw.com<br>**Steven Susser** *(pro hac vice)*<br>Michigan Bar No. P52940<br>Email: ssusser@cgolaw.com<br>**CARLSON, GASKEY & OLDS, P.C.**<br>400 W. Maple Rd., Ste. 350<br>Birmingham, MI 48009<br>Telephone: (248) 988-8360 |

By:   */s/ Eric Scott Adams*
       Eric Scott Adams
       Florida Bar No. 0090476
       eadams@shutts.com